PEOPLE *v* TEBO. Appeal from Iosco, Allan C. Miller, J. Submitted Division 3 January 10, 1972, at Detroit. (Docket No. 11649.) Decided February 21, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Kenneth J. Myles,* Prosecuting Attorney, for the people.

*James G. Orford,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was charged with and convicted after a jury trial of the felony of malicious destruction of property resulting in damage over the value of $100, MCLA 750.380; MSA 28.612. Defendant appeals as of right.

An examination of the records and briefs discloses no prejudicial error.

Affirmed.